USDC IN/ND case 1:23-cv-00403-HAB-SLC   document 4   filed 04/27/23   page 1 of 9
USDC IN/ND case 1:23-cv-00403   document 1-1   filed 09/21/23   page 2 of 19

02D02-2304-CT-000302                                    Filed: 4/27/2023 10:53 AM
Allen Superior Court 2                                  Clerk
                                                        Allen County, Indiana
                                                        JS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO._____ |

SHAWN ABERCROMBIE,         )
                           )
       Plaintiff,          )
                           )
v.                         )
PEPSI COLA GENERAL BOTTLERS)
OF INDIANA                 )
                           )
       Defendant.          )

## COMPLAINT

Comes now Plaintiff, by counsel, and alleges against the Defendant as follows:

1. The Plaintiff is Shaw Abercrombie, a black/African American male who is a former employee of the Defendants.

2. The Defendant is Pepsi Cola General Bottlers of Indiana, a/k/a "Pepsi", a company doing business at 1207 North Harrison Street, Fort Wayne, IN 46808. The Defendant's home office is located at Pepsi Beverages Company, 1 Pepsi Way, Sommers, New York, 10577; the Defendant's registered agent is CT Corporation System, 251 East Ohio Street, Suite 1100, Indianapolis, IN 46204. At all material times to this Complaint, the Defendant was an "employer" for the purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 E *et. seq.* ("Title VII"), and 42 U.S.C. § 1981.

3. The Plaintiff filed a Charge of Discrimination with the City of Fort Wayne Metropolitan Human Relations Commission (Metro), on or about April 27, 2022, EEOC Number 24D-2022-00201/EO-0208-A22, a copy of which is attached hereto, incorporated herein and made a part hereof as Exhibit "A". A Dismissal of Complaint and Notice of Rights was issued on December 21, 2022, a copy of which is attached

1

herewith and made a part hereof as Exhibit "B". All required administrative remedies have been exhausted and all jurisdictional prerequisites have been met for the filing of this lawsuit.

4. The Plaintiff was employed by the Defendant from early April 2022, until his wrongful termination on or about April 21, 2022. The Plaintiff performed within the reasonable expectations of the Defendant at all material times to this Complaint. The Plaintiff held the position of Merchandiser, throughout his employment by the Defendant.

5. Following the Plaintiff's hire, he began an orientation period on April 18, 2022. The following day April 19, 2022, the Plaintiff discovered that he was the only one who received his uniform. On April 20, 2022, right before the Plaintiff was scheduled to come into work, he was told to come in the following day April 21, 2022 instead, because the Defendant reportedly wanted to upload phones.

6. On April 21, 2022, the Plaintiff received a message on this phone informing him he was not hirable.

7. The Plaintiff called the Defendant to find out why his position ended. He was given no reason and given no reason why he would be considered "no longer hirable".

8. The Plaintiff contends that he was terminated and/or in the alternative denied hire, on the basis of his color/race (black/African American), and sex (male). In violation of the Plaintiff's Federally Protected Rights under Title VII and §1981.

9. The Plaintiff contends that similarly situated female, and nonblack/African American individuals who were hired or otherwise put through the orientation process by the

2

Defendant, who were equally or less qualified for the position of Merchandiser, were nevertheless hire and/or retained instead of fired by the Defendant.

10. The Plaintiff contends that the Defendant's discriminatory conduct, which was on the basis of the Plaintiff's color/race and sex, violated the Plaintiff's Federally Protected rights under Title VII and §1981, and that it was the direct and proximate cause of the Plaintiff suffering the loss of his job- and job-related benefits including income, and additionally subjected the Plaintiff to inconvenience, emotional distress, and other damages and injuries.

11. The Defendant's unlawful discriminatory conduct was intentional, knowing, willful, wanton, and reckless disregard of the Plaintiff's Federally Protected rights under Title VII and §1981. Imposition the punitive damages is appropriate.

WHEREFORE, the Plaintiff, by counsel, respectfully requests judgment against the Defendant for compensatory damages, punitive damages, reasonable attorney fees and costs, and all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

Christopher C. Myers, #10043-02
Ilene M Smith, #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:   cmyers@myers-law.com
*Counsel for Plaintiff*

USDC IN/ND case 1:23-cv-00403-HAB-SLC    document 4    filed 04/27/23    page 5 of 9

02D02-2304-CT-000302

USDC IN/ND case 1:23-cv-00403    document 1-1    filed 09/21/23    page 6 of 19

Allen Superior Court 2

Filed: 4/27/2023 10:53 AM
Clerk
Allen County, Indiana
JS

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>24D-2022-00201<br>EO-0208-a22 |
|---|---|---|
| Fort Wayne Metropolitan Human Relations Commission | | and EEOC |
| *State or local Agency, if any* | | |

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Shawn Abercrombie | (260) 312-8882 | 1975 |

**Street Address**
745 Dolphin Drive
Fort Wayne, IN 46816

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| PEPSI COLA GENERAL BOTTLERS OF INDIANA | 101 - 200 Employees | (260) 428-9156 |

**Street Address**
1207 N HARRISON ST
FORT WAYNE, IN 46808

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

**Street Address**

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Sex, Race | Earliest: 04/20/2022  Latest: 04/21/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am a qualified black male who worked at Pepsico, Inc. as a Merchandiser from approximately the beginning of April 2022 until my termination on April 21, 2022. I started orientation on April 18, 2022. On April 19, 2022, I was the only one that received my uniform. On April 20, 2022, right before I was scheduled to come in to work, I was told to come in the following day because PepsiCo wanted to upload phones. On April 21, 2022, I received a message on my phone indicating that I was not hirable. I called to see why my position ended. I was not given a reason as to why I was no longer hirable. I do not believe people outside of my protected class are treated this way. Based on the above, I believe I have been discriminated against based on my race, black, and sex, male in violation of Title VII of the Civil Rights Act of 1964, as amended and Fort Wayne Ordinance G-21-78, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

x 4/27/2022    *[signature]*
Date    Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

X *[signature]*
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*


EXHIBIT A

USDC IN/ND case 1:23-cv-00403-HAB-SLC   document 4   filed 04/27/23   page 6 of 9

02D02-2304-CT-000302   Filed: 4/27/2023 10:53 AM
Clerk
USDC IN/ND case 1:23-cv-00403   document 1-1   filed 09/21/23   page 7 of 19   Allen County, Indiana
JS

## METROPOLITAN HUMAN RELATIONS COMMISSION

## DISMISSAL OF COMPLAINT AND NOTICE OF RIGHTS

**To:** Shawn Abercrombie

**Re:** **COMPLAINT DISMISSAL**
Shawn Abercrombie vs. Pepsi Cola General Bottlers of Indiana
MHRC No: EO-0208-A22
EEOC No: 24D-2022-00201

**Date:** December 21, 2022

---

The Metropolitan Human Relations Commission has completed its initial investigation and a Determination Hearing Panel has concluded that there is insufficient evidence to warrant your case to proceed further and therefore renders a **NO PROBABLE CAUSE** finding. **ACCORDINGLY, YOUR COMPLAINT IS DISMISSED.** Please pay attention to the following information stated below:

1. **Right to Appeal Dismissal of Complaint and Time limit for Filing an Appeal**

   Please note that pursuant to Commission Rule 1-4.5, you have a right to appeal the dismissal of your complaint to the full Commission. You have **ten (10) days** to file a written motion for appeal. Your deadline for the motion for appeal is **by 4:30 p.m., close of business day, January 4, 2023**. If you do not meet this deadline, the Determination Panel's decision will become this agency's final action on your complaint. The final action of administrative agencies is subject to judicial review.

2. **Form, manner, number of copies, and contents of an Appeal**

   If you decide to request an appeal to the full Commission, you <u>MUST</u> put that request in the form of a written motion. You have the right to submit additional documentary evidence with your motion. You **must** state the <u>GROUNDS</u> for your appeal in the written motion. Your grounds may include new information that could not have reasonably been known or available, and hence not submitted by you to the Commission during the investigation, or the reason(s) why you did not submit a rebuttal to the Respondent's answer. We require two (2) copies of the written motion for appeal, addressed to the Commission, to be brought in person, mailed, or sent by electronic means (provided that the original and one copy is delivered to the Commission's office within five business days of the electronic receipt) to the offices of the Metropolitan Human Relations Commission, 2310 Parnell Ave, Fort Wayne, Indiana 46805.

3. **Processing of an Appeal**

   A copy of your motion for appeal will be sent to the Respondent. The Respondent has the right to submit written objections to the appeal to the Commission. The Commission will review your motion and the Respondent's written objections and respond in writing to all parties. The Commission will grant the request for an appeal hearing, deny the request, or refer the complaint for further investigation.

1

*Metropolitan Human Relations Commission*
*2310 Parnell Avenue*
*Fort Wayne, Indiana 46805*


EXHIBIT B



4. **Procedure following the Granting of an Appeal / Right to have Representation of Counsel if desired / Duty to Participate/ File Closure**

If the Commission grants your motion for appeal, a **public appeal hearing will be set before the full Commission**. You or your private attorney (if you have one) or both will be given the opportunity to explain why the Determination Panel's decision should be overturned. **You MUST contact our office no later than 4:30 PM on the Wednesday prior to your appeal hearing to confirm your appearance at the hearing.** If you do not contact our office by that date, your appeal hearing will be cancelled and the Determination Panel's decision will become this agency's final action on your complaint. Your file will be closed. The procedures regarding an appeal hearing format will be provided to you after an appeal has been granted. The Commission's Legal Counsel or other staff representatives or both will be present to defend and explain the findings of the Determination Panel. Be prepared for the possibility of detailed questioning by the Appeal Hearing Panel.

5. **Protocol for a decision following an Appeal**

Upon the completion of the submission of all evidence, testimonies, and arguments by the parties at the appeal hearing, the Commission will take either of the following action. The case may be taken under advisement and a decision issued within 30 days, or the Commission may render a decision at that moment, and provide a written order within 30 days.

6. **Seeking Substantial Weight Review from the EEOC**

Because your case is dual filed, there is an alternate option you may like to utilize. You have a qualified right of review by the Equal Employment Opportunity Commission ("EEOC") after the completion of Metro's appeal processes (our final action). You have fifteen (15) days, after receiving a decision of your appeal with Metro, to request this review in writing to the EEOC at 101 West Ohio Street, Suite 1900, Indianapolis, Indiana 46204-4203. The 15-day deadline is an EEOC requirement. Contact the EEOC at (800) 669-4000 for information regarding their review process, which is entirely distinct and separate from Metro's process.

7. **Commission's Staff Role / Conclusion**

It is important for you to fully understand the appeal process. Because of due process implications with any legal proceedings, the Commission reiterates your right to hire an attorney at any stage of our complaint process. The Commission staff is also available to give clarification of the process. Such clarification is not to be construed as the rendering of legal advice by the staff. No complainant should expect an attorney-client relationship with Commission staff. Law provides for no such relationship. If you have any questions, please feel free to contact our agency at 260-427-1146. Thank you for your continued cooperation.

Respectfully,
Metropolitan Human Relations Commission
Cc/file

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Indianapolis District Office
101 West Ohio St., Suite 1900
Indianapolis, IN 46204
(317) 999-1178
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/30/2023

**To:** Shawn Abercrombie
745 Dolphin Drive
Fort Wayne, IN 46816

Charge No: 24D-2022-00201

EEOC Representative:   Jeremy Sells
State, Local & Tribal Coordinator
(463) 999-1161

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele  01/30/2023
Michelle Eisele
District Director

Please retain this notice for your records.

cc: On following page

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.